UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 23-90002 |
| Sterling Industries, Inc. (Robert Goldsmith), ) | | |
| ) | Chapter: | 7 |
| ) | Honorable A. Benjamin Goldgar | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

On November 15, 2023, claimant Robert W. Goldsmith filed an application for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation fail to establish that the claimant is entitled to the unclaimed funds. Accordingly, IT IS HEREBY ORDERED:

The application is denied.

Enter: *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: November 27, 2023